IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| LORI OHLSON-TOWNSEND, <br><br> Plaintiff, <br><br> vs. <br><br> ALEC WOLF, <br><br> Defendant. | NO. 5:18-cv-4093-CWJ <br><br><br><br> **JOINT DISMISSAL REGARDING DEFENDANT ALEC WOLF** |

COMES NOW, the Plaintiff, Lori Ohlson-Townsend, and Defendant, Alec Wolf, and report that the above captioned matter has been settled. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Local Rule 41(a)(2) and 41(b), the parties hereby jointly stipulate to the dismissal of all claims against the only remaining defendant, **Alec Wolf,** in this matter with prejudice, with each party responsible of its own costs and fees.

Respectfully submitted,

HAMILTON LAW FIRM, P.C.

/s/ Molly Hamilton
Molly M. Hamilton
P.O. Box 188
606 Ontario Street
Storm Lake, Iowa 50588
Telephone: 712-732-2842
Fax: 712-732-6202
Email: molly@hamiltonlawfirmpc.com
ATTORNEYS OF PLAINTIFF

LAW OFFICES OF REDENBAUGH & MOHR, P.C.

/s/ Brett C. Redenbaugh
Brett C. Redenbaugh
P.O. Box 1284
111 W. 6th Street
Storm Lake, Iowa 50588
Telephone: 712-732-1873
Fax: 712-732-4274
Email: brett@redenlaw.com
ATTORNEY FOR DEFENDANT
ALEC WOLF

HAMILTON LAW FIRM, P.C.

/s/ Steve Hamilton
Steve Hamilton
P.O. Box 188
606 Ontario Street
Storm Lake, Iowa 50588
Telephone: 712-732-2842
Fax: 712-732-6202
Email: steve@hamiltonlawfirmpc.com
ATTORNEYS OF PLAINTIFF

**CERTIFICATE OF SERVICE**

    The undersigned certifies that on the 22nd day of January, 2020, the foregoing was electronically filed with the Clerk of Court. Notice of this filing will be sent automatically to all parties who are registered users of the Court's electronic case filing system. Parties may access this filing through the Court's system.

/s/ *Michelle R. Murphy*
Michelle R. Murphy